STATE OF NORTH CAROLINA v. DUDLEY G. McGRAW

No. 44PA82

(Filed 13 July 1982)

ON review upon the State's petition for discretionary review filed pursuant to G.S. § 7A-31. Defendant was convicted of felonious manufacture of marijuana and was sentenced to a term of five years. The Court of Appeals reversed defendant's conviction in an opinion reported pursuant to Rule 30(e) of the North Carolina Rules of Appellate Procedure. We allowed the State's petition for discretionary review by order dated 30 March 1982.

*Rufus L. Edmisten, Attorney General by David Roy Blackwell for the State.*

*Wayne Eads, Attorney for Defendant-Appellee.*

PER CURIAM.

We conclude that our order granting discretionary review was improvidently allowed. However, for the correct statement of

the rules for appellate review of a trial court's ruling on a motion to dismiss for evidentiary insufficiency, see *State v. Powell,* 299 N.C. 95, 261 S.E. 2d 114 (1980).